1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MHNY GLOBAL d/b/a DR. MARTIN'S NUTRITION, LLC,<br><br>        Defendant. | Case No. 2:20-cv-00630-JAM-EFB<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed:      March 23, 2020<br><br>Current Response Date:  May 13, 2020<br>New Response Date:     June 12, 2020 |

[PROPOSED] ORDER

*ACTIVE 49953996v1*

1       The Court, having considered the parties' Second Joint Stipulation to Extend Time

2 to Respond to Initial Complaint, good cause appearing therefor, hereby orders that:

3       Defendant's deadline to respond to Plaintiff's Complaint is extended 30 days,

4 through and including June 12, 2020.

5

6 Dated:   May 6, 2020                 /s/ John A. Mendez_____

                                        Hon. John A. Mendez

7                                     United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

*ACTIVE 49953996v1*