# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL STEPHEN, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MHNY GLOBAL d/b/a DR. MARTIN'S NUTRITION, LLC,<br><br>Defendant. | CASE NO. 2:20-CV-00630-JAM-EFB<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(I)** |

Based upon Plaintiff's Notice of Dismissal, and good cause, this Court hereby orders this action to be, and is, dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 6/26/2020            /s/ John A. Mendez
                            **HON. JOHN A. MENDEZ**
                            UNITED STATES DISTRICT COURT JUDGE